UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYRNA ALTAMIRANO and ANGELA SAMSON, on behalf of themselves, others similarly situated and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>SUNRISE SENIOR LIVING SERVICES, INC.; SUNRISE SENIOR LIVING MANAGEMENT, INC.; SUNRISE SENIOR LIVING, LLC; SUNRISE DEVELOPMENT, INC. and DOES 1 through 10,<br><br>Defendants. | CASE NO. 3:20-cv-08881-VC<br><br>[~~PROPOSED~~] **ORDER GRANTING JOINT STIPULATION TO VACATE INITIAL CASE MANAGEMENT CONFERENCE AND ATTENDANT DEADLINES AND TRANSFER ACTION TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA** |

Gibson, Dunn & Crutcher LLP

[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO VACATE INITIAL CASE MANAGEMENT CONFERENCE AND ATTENDANT DEADLINES AND TRANSFER ACTION – CASE NO. 3:20-CV-08881-VC

This Court, having considered the Joint Stipulation to Vacate Initial Case Management Conference and Attendant Deadlines and Transfer Action to the United States District Court for the Central District of California, and good cause appearing therefore HEREBY ORDERS:

1. The Initial Case Management Conference and attendant deadlines are **VACATED**; and

2. This action is transferred to the United States District Court for the Central District of California. The Clerk of the Court is directed to transfer this case to Judge Kronstadt in the Central District of California.

**IT IS SO ORDERED.**

DATED: January 26, 2021



Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO VACATE INITIAL CASE MANAGEMENT CONFERENCE AND ATTENDANT DEADLINES AND TRANSFER ACTION – CASE NO. 3:20-CV-08881-VC