UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYRNA ALTAMIRANO, et al.,<br><br>         Plaintiffs,<br><br>    v.<br><br>SUNRISE SENIOR LIVING SERVICES, et al.,<br><br>         Defendants. | No. 2:21-cv-00748-JAK-PLAx<br><br>**ORDER RE JOINT STIPULATION TO DISMISS CASE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) (DKT. 41)**<br><br>**JS-6** |

Based on a review of the parties' Joint Stipulation for Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) (the "Stipulation" (Dkt. 41)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED.** Pursuant to Federal Rule of Civil Procedure 41(a), the above-captioned action is dismissed in its entirety, with prejudice, with each party bearing her or its own costs and attorney's fees.

**IT IS SO ORDERED.**

Dated: August 31, 2021

_____
John A. Kronstadt
United States District Judge